UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

APR 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION. | No.    18-55474 |
| _____ | D.C. Nos. |
| CENTER FOR BIOLOGICAL DIVERSITY, | 3:17-cv-01215-GPC-WVG<br>3:17-cv-01873-GPC-WVG<br>3:17-cv-01911-GPC-WVG<br>Southern District of California, |
| Plaintiff-Appellant, | San Diego |
| and | ORDER |
| DEFENDERS OF WILDLIFE, a nonprofit conservation organization; et al., | |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | |
| Defendants-Appellees. | |

| | |
|---|---|
| In re:  BORDER INFRASTRUCTURE ENVIRONMENTAL LITIGATION. | No.    18-55475 |
| ------------------------------ | D.C. Nos.<br>3:17-cv-01215-GPC-WVG |
| CENTER FOR BIOLOGICAL DIVERSITY; et al., | 3:17-cv-01873-GPC-WVG<br>3:17-cv-01911-GPC-WVG |
| Plaintiffs, | |
| and | |

FG/MOATT

DEFENDERS OF WILDLIFE, a nonprofit
conservation organization; et al.,

               Plaintiffs-Appellants,

  v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; et al.,

               Defendants-Appellees.

In re:  BORDER INFRASTRUCTURE
ENVIRONMENTAL LITIGATION.
_____

CENTER FOR BIOLOGICAL
DIVERSITY; et al.,

               Plaintiffs,

 and

PEOPLE OF THE STATE OF
CALIFORNIA, by and through Xavier
Becerra, Attorney General and
CALIFORNIA COASTAL COMMISSION,

               Plaintiffs-Appellants,

  v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; et al.,

               Defendants-Appellees.

No.   18-55476

D.C. Nos.
3:17-cv-01215-GPC-WVG
3:17-cv-01873-GPC-WVG
3:17-cv-01911-GPC-WVG

Before:  TALLMAN and MURGUIA, Circuit Judges.

The unopposed motion to expedite these consolidated appeals is granted (Docket Entry No. 8 in appeal No. 18-55476).

The consolidated opening brief and excerpts of record are due May 14, 2018; the consolidated answering brief is due June 25, 2018; and the consolidated, optional reply brief is due within 21 days after service of the answering brief.

All parties on a side are ordered to file a single, joint brief.  The length of the joint, consolidated opening brief may not exceed 17,000 words. The length of the joint, consolidated answering brief may not exceed 17,000 words.  The length of the optional, joint, consolidated reply brief may not exceed 8,500 words.

No requests to exceed the page or type volume limits, pursuant to Ninth Circuit Rule 32-2 or otherwise, will be entertained.

No streamlined extensions will be approved under Ninth Circuit Rule 31-2.2(a).  No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

The Clerk shall calendar these cases before a panel of all Ninth Circuit Judges in August 2018.  *See* 9th Cir. Gen. Ord. 3.3(h).